UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:25-cv-00339-JSS-UAM

**ENRIQUE ALVEAR**,

    Plaintiff,

v.

**PALMETTO MOON, LLC**, a foreign
limited liability company,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff ENRIQUE ALVEAR, through undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, of the voluntary dismissal <u>without prejudice</u> of the above-styled cause.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: _*s/ Roderick V. Hannah*_ | By: _*s/ Pelayo M. Duran*_ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Kyle Roberts
BUCHANAN INGERSOLL & ROONEY, PC
401 East Las Olas Blvd., Suite 2250
Fort Lauderdale, FL 33301-4251
Email:  kyle.roberts@bipc.com

*Counsel for Defendant*
*PALMETTO MOON, LLC*

/s/  *Roderick V. Hannah*
Roderick V. Hannah