UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENRIQUE ALVEAR,

      Plaintiff,

v.                                                     Case No: 6:25-cv-339-JSS-NWH

PALMETTO MOON, LLC,

      Defendant.

_____/

## ORDER

      Plaintiff has filed a notice of voluntary dismissal without prejudice. (Dkt. 30.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action . . . by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."). Upon review of the docket, Defendant has not served an answer or a motion for summary judgment. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

      Accordingly:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on July 11, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record